**E-FILED**
Monday, 07 July, 2008  11:27:24 AM
Clerk, U.S. District Court, ILCD

FILED

JUL - 7 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)  John McKinley  C. Date of Delivery 7-2-08 |
| 1. Article Addressed to:<br>Warden<br>Shawnee Correctional Center<br>6665 State Rd., Rt 146 E<br>Vienna, IL  62995<br><br>08-1148 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☒ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7003 1680 0006 8671 3150 |

PS Form 3811, February 2004      Domestic Return Receipt                  102595-02-M-1540