IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KERRY L. BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-1148 |
| | ) | |
| JODY HATHAWAY, | ) | |
| Warden, Shawnee Correctional Center, | ) | The Honorable |
| | ) | Michael M. Mihm, |
| Respondent. | ) | Judge Presiding. |

**ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record: Please enter my appearance in this case as counsel of record for respondent JODY HATHAWAY. I certify that I am admitted to practice in this Court.

July 8, 2008                                   Respectfully submitted,

                                                                 LISA MADIGAN
                                                                 Attorney General of Illinois

                          By:    s/ Michael R. Blankenheim
                                         MICHAEL R. BLANKENHEIM, Bar # 6289072
                                         Assistant Attorney General
                                         100 W. Randolph Street, 12th Floor
                                         Chicago, Illinois 60601-3218
                                         TELEPHONE: (312) 814-8826
                                         FAX: (312) 814-2253
                                         EMAIL: mblankenheim@atg.state.il.us

## CERTIFICATE OF SERVICE

      I certify that on July 8, 2008, I electronically filed an **Appearance** with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, using the CM/ECF system, and on the same date mailed a copy of that document by United States Postal Service to the following non-CM/ECF user:

      Kerry L. Brown, N32753
      Shawnee Correctional Center
      6665 Route 146 East
      Vienna, Illinois 62995

      <u>s/ Michael R. Blankenheim</u>
      MICHAEL R. BLANKENHEIM, Bar # 6289072
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, Illinois 60601-3218
      TELEPHONE: (312) 814-8826
      FAX: (312) 814-2253
      EMAIL: mblankenheim@atg.state.il.us