E-FILED
Tuesday, 08 July, 2008  09:05:01 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KERRY L. BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08-1148 |
| | ) | |
| JODY HATHAWAY, | ) | |
| Warden, Shawnee Correctional Center, | ) | The Honorable |
| | ) | Michael M. Mihm, |
| Respondent. | ) | Judge Presiding. |

**MOTION TO TRANSFER**
**PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to Fed. R. Civ. P. 7(b), respondent JODY HATHAWAY moves this Court to transfer the instant petition for writ of habeas corpus to United States District Judge Joe Billy McDade, who is presiding in *Brown v. Hathaway*, No. 07-1336-JBM (C.D. Ill), petitioner's § 2254 petition attacking the same criminal conviction that petitioner attacks in this case. In support, respondent states as follows:

**I.    Procedural Background**

1.    This case concerns a petition for writ of habeas corpus filed under 28 U.S.C. § 2254 by Kerry L. Brown, an inmate of the Illinois Department of Corrections, housed at the Shawnee Correctional Center in Vienna, Illinois, where respondent Jody Hathaway is Warden.

2.      On March 14, 2006, following a jury trial in the Circuit Court of Woodford County, Illinois, petitioner was convicted of aggravated driving under the influence (DUI) and aggravated driving while license revoked (DWLR), and the trial court sentenced him to an aggregate term of 13 years' imprisonment.  Those Woodford County convictions are the subject of the instant petition for writ of habeas corpus.

### Petitioner's Habeas Petition In Case No. 07-1336-JBM

3.      On November 5, 2007, petitioner filed a petition for writ of habeas corpus in the United States District Court for the Central District of Illinois that challenges on 13 grounds his Woodford County aggravated DUI and aggravated DWLR convictions.  (*See* Doc. 1, *Brown v. Hathaway*, No. 07-1336-JBM (C.D. Ill.)). That petition is currently pending before Judge McDade.

4.      On May 13, 2008, Judge McDade ordered respondent to answer or otherwise plead to the petition by July 14, 2008.  The undersigned counsel also represents respondent in case no. 07-1336-JBM, and he has substantially completed the response to the petition filed in that case.

### Petitioner's Habeas Petition In The Instant Case, No. 08-1148-MMM

5.      On June 25, 2008, petitioner filed in this Court a petition for writ of habeas corpus that challenges on nine grounds the same Woodford County convictions that are the subject of the habeas petition now pending before Judge McDade.  (*See* Doc. 1.)

6.      Notwithstanding ongoing proceedings before Judge McDade in case No. 07-1336-JBM, the § 2254 petition currently before this Court does not bear that case number.  (*See id.*).

7.      In an order entered June 27, 2008, this Court ordered respondent to answer or otherwise plead to the instant petition within 21 days after service.  (Doc. 2).  Respondent was served with a copy of the petition on July 2, 2008.

## II.    Relief Requested

8.      As explained above, petitioner has filed two § 2254 petitions in this District attacking his March 14, 2006 Woodford County convictions for aggravated DUI and aggravated DWLR.  It is unclear whether petitioner intended to file a new case attacking his Woodford County convictions.  Although he did not use the 07-1336-JBM case number, petitioner may have intended the instant petition be filed as an amended petition in that ongoing case.  In the interests of judicial economy, the instant petition should be transferred to Judge McDade so that he can allow petitioner to elect whether: (1) he seeks to amend and/or supplement his original habeas petition filed in case no. 07-1336-JBM; or (2) he wishes to proceed solely on the original petition filed in that case or solely on the petition that is now before this Court.  Thereafter, this case should be terminated.[1]

---

[1]  Respondent notes that the instant petition is not "successive" to the petition filed in case no. 07-1336-JBM because Judge McDade has not yet decided whether petitioner's claims are procedurally defaulted and/or meritless.  *See* 28 U.S.C. § 2244(b); *Altman v. Benik*, 337 F.3d 764, 766 (7th Cir. 2003) (a habeas petition that was denied on the merits or because one or more claims are procedurally defaulted constitutes "a prior application for a writ of habeas corpus" ).

## CONCLUSION

For the reasons set forth above, this Court should transfer the instant

petition to Judge McDade.

July 8, 2008                    Respectfully submitted,

                              LISA MADIGAN
                              Attorney General of Illinois

                    By:    s/ Michael R. Blankenheim
                              MICHAEL R. BLANKENHEIM, Bar # 6289072
                              Assistant Attorney General
                              100 W. Randolph Street, 12th Floor
                              Chicago, Illinois 60601-3218
                              TELEPHONE: (312) 814-8826
                              FAX: (312) 814-2253
                              EMAIL: mblankenheim@atg.state.il.us

---

Likewise, the instant petition is not successive to the habeas petition filed by
petitioner in *Brown v. Merchant*, No. 06-1209-MMM (C.D. Ill.). Although that
petition also challenged petitioner's 2006 Woodford County convictions, this Court
dismissed it due to petitioner's failure to exhaust state court remedies. *See Brown
v. Merchant*, 2007 WL 853858, *1 (C.D. Ill. Mar. 19, 2007); *accord Slack v.
McDaniel*, 529 U.S. 473, 485-86 (2000) (petition that was dismissed for failure to
exhaust does not qualify as prior application for purposes of § 2244(b)).

-4-

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2008, I electronically filed respondent's **Motion To Transfer Petition For Writ Of Habeas Corpus** with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, using the CM/ECF system, and on the same date mailed a copy of that document via the United States Postal Service to the following non-CM/ECF user:

> Kerry L. Brown, N32753
> Shawnee Correctional Center
> 6665 Route 146 East
> Vienna, Illinois 62995

> s/ Michael R. Blankenheim
> MICHAEL R. BLANKENHEIM, Bar # 6289072
> Assistant Attorney General
> 100 W. Randolph Street, 12th Floor
> Chicago, Illinois 60601-3218
> TELEPHONE: (312) 814-8826
> FAX: (312) 814-2253
> EMAIL: mblankenheim@atg.state.il.us