E-FILED
Tuesday, 15 July, 2008  12:40:30 PM
Clerk, U.S. District Court, ILCD



FILED
JUL 1 5 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Michael Glick<br>Chief Asst Atty General for Criminal Appeal Bureau<br>100 W. Randolph St. 12th Floor<br>Chicago, IL 60601<br><br>08-1148 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>RECEIVED<br>JUL 07 2008<br>Office Of The Attorney General<br>Office Services<br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1680 0006 8671 3167 |
| PS Form 3811, February 2004     Domestic Return Receipt | 102595-02-M-1540 |