IN The United States District Court
For the Central District of Illinois
Peoria Division

Kerry L. Brown,            )   No. 08-1148
          Petitioner,      )
                           )
-vs-                       )
                           )   The Honorable
   Jody Hathaway,          )   Michael M. Mihm,
   Warden, Shawnee Correctional Center,   )   Judge Presiding.
          Respondent.      )

Motion to Deny Transfer of
Petition for Writ of Habeas Corpus

Now comes Kerry L. Brown, pro se petitioner and pursuant to Habeas Corpus 28 U.S.C. § 2254 respectfully moves this Honorable court to deny the respondents motion to Transfer this petition of Habeas Corpus to be heard in front of United States District Judge Joe Billy McDade.

In Support of this petitioner states as follows:

This Honorable Court has ordered the respondents to answer or plead on this case now before it within 21 days.

Petitioner states that they are two different Habeas Corpus petitions and states that both petitions needs the respondents to answer or plead in behalf of both petitions.

2.

this petition is not successive to the petition in front of Judge McDade so he has no jurisdiction to hear this petition which is a charging instrument of it own which this court has jurisdiction to hear and determine.

Wherefore if the respondents do not answer or plead by July 23, 2008 as this court has ordered that his petition be granted to him.

July 18, 2008

Respectfully Submitted,

s/ Kerry L. Brown
Kerry L. Brown N-32753
Petitioner Pro Se
Shawnee Correctional Center
6665 State Route 146 East
Vienna, Illinois 62995

3

I, Kerry L. Brown, being duly sworn do repose and state that the attached Motion to Deny Transfer of Writ Habeas Corpus petition is true and correct in substance and fact to the best of my knowledge.

/S/ _Kerry L. Brown_
Petitioner Pro Se #N-37753
Shawnee Correctional Center
6665 State Route 146 East
Vienna, Illinois 62995

## Notice of Filing

Clerk of the
United State District
Court for Central
Illinois Peoria
100 N.E. Monroe
Peoria, Illinois 61602

TO: United States District
Judge Michael M. Mihm
for Central Illinois
Peoria Division
100 N.E. Monroe St.
Peoria, Illinois 61602

TO: Michael R. Blankenheim
Ass. Attorney General
100 W. Randolph St. 12 Floor
Chicago, Illinois 60601-3218

Please take notice on July 18th, 2008 I filed with the Clerk of the United States District Court of Peoria the attached Motion to Deny Transfer of Petition for Writ of Habeas Corpus Copies of which are served on you.

/S/ _Kerry L. Brown_

## Affidavit of Service

e of Illinois )
y of Johnson )

I, Kerry L. Brown, being sworn state that I served the attached notice on the above named persons by placing a true and correct copy in envelopes addressed as shown above, with the proper U.S. postage on each and deposited the envelopes in the U.S. Mail at Shawnee Correctional Center Vienna, Illinois 62995 on 18th day of July, 2008.

/S/ _Kerry L. Brown_
Petitioner Pro Se #N-37753